# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

XAVIER P. HITE

NO. 2021 KW 0867

**OCTOBER 1, 2021**

---

In Re:   Xavier P. Hite, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 797387.

---

**BEFORE:   McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT DENIED.**

> PMc
> JEW
> MRT

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
            FOR THE COURT